**IN THE SUPREME COURT OF THE STATE OF DELAWARE**

In the Matter of THE JEREMY §
PARADISE DYNASTY TRUST and § No. 280, 2023
THE ANDREW PARADISE §
DYNASTY TRUST § Court Below: Court of Chancery of
§ the State of Delaware
§
§ C.A. No. 2021-0354
§

Submitted: March 13, 2024
Decided: April 3, 2024

Before **SEITZ**, Chief Justice; **TRAYNOR**, and **LEGROW**, Justices.

## ORDER

This 4th day of April, 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Post-Trial Memorandum Opinion dated January 31, 2023, the Order and Final Judgment dated February 20, 2023, and the Order Granting Fiduciaries' Motion for Payment of Attorneys' Fees and Expenses dated July 19, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice